**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 51  
**IP Address:** 67.243.217.1  
**ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 8578E84315C1726CA00BD19A6FB228412A348BC0 | Blacked | 10/16/2018 04:10:33 | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 2 | 03FCA7413DBF56D8E3AC2200A1E056B87985B609 | Tushy | 04/28/2018 14:31:25 | 04/26/2018 | 06/19/2018 | PA0002126639 |
| 3 | 0618DD61DD8B80E968FB816BE1205BD784006B4B | Vixen | 09/15/2018 01:38:16 | 09/14/2018 | 11/01/2018 | 17094105331 |
| 4 | 097F3D08B5C5DDCC34B253B94F3F3E7D04E93E77 | Blacked | 08/15/2018 01:06:21 | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 5 | 190306A32526F5F23C30DF8C72FA6E6DF8379A4B | Blacked | 06/07/2018 00:06:40 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 6 | 1955DF5BFBEC5C70C682AE206E2209755F572760 | Blacked | 04/03/2018 03:01:30 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 7 | 1A39E8D1A9F6C849073CE98ED44EE8183CD834F2 | Blacked | 08/08/2018 02:48:48 | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 8 | 1D3C4E5D3BC8C277A7728459A56D47ECFE6AD240 | Tushy | 09/21/2018 02:47:34 | 01/16/2018 | 01/24/2018 | PA0002101757 |
| 9 | 1FDA7CDB777A9CCFD94FD57D7605D32EF81731F4 | Tushy | 06/10/2018 19:25:39 | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 10 | 2318369BA580F94E503252129C2BE2610F546255 | Tushy | 07/01/2018 15:45:01 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 11 | 288E3230468D4D5ECB37B134C2B34F494EABA720 | Tushy | 10/15/2018 02:07:54 | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 12 | 2CD9810A3E3426D2595BD4D10B8F7E1B5E3BD0A1 | Vixen | 08/21/2018 23:09:31 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 13 | 3B5D9E3A6A6E4F83B8D2901A1EB499CF979FB68A | Blacked | 07/16/2018 00:58:24 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 14 | 3B966541493949E2F48A2034CCAB2FFDF9719718 | Vixen | 07/18/2018 01:46:07 | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 15 | 3BDD484D8950336CB8885552339DB88355DF7EEB | Blacked | 04/11/2018 22:37:32 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 16 | 3E7F8AA5557DEAB0E3A3246CC9DA006C63423374 | Blacked | 06/06/2018 23:56:38 | 10/27/2017 | 11/27/2017 | PA0002098016 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 43484134D4259093B9E6C9DCAECCE5C46E67A30C | Tushy | 08/12/2018 20:07:15 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 18 | 43EE7035624FDA611EC63494F9FCBB78FA578F75 | Tushy | 08/14/2018 23:53:27 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 19 | 5256B65E523BCBE18B3BA99EFB719D22C52EAE24 | Vixen | 07/29/2018 02:41:44 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 20 | 54A917617FD97D7134FD1A57B1BFD994C61F5AFD | Vixen | 05/15/2018 02:37:51 | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 21 | 5BFE637521EFB20903511448DBBDA086387CEB48 | Vixen | 04/28/2018 03:08:34 | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 22 | 5CF8ACF22C5843DABAFCAB2361A1D5D07E5821EE | Blacked | 04/08/2018 16:09:48 | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 23 | 62262C61602C01235FC02017D912EEDBFD38EA22 | Vixen | 09/03/2018 17:26:39 | 09/01/2018 | 11/01/2018 | 17094105581 |
| 24 | 6316F02D3EC9766C1421069B2242E2AE56DD6EA4 | Vixen | 06/25/2018 02:26:47 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 25 | 664EE12160D3921C7DE95C16999DE82E95FA7741 | Tushy | 07/22/2018 21:35:38 | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 26 | 6812B1755573BDF95745FDCE9FF96074A7D862AD | Blacked | 05/24/2018 23:15:06 | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 27 | 6EA3FD7F30929CC42BF2F8291365E3068C11543A | Tushy | 05/23/2018 17:46:12 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 28 | 6F7F2747E89912D8C18566274565E417A1960FB7 | Blacked | 07/05/2018 00:40:06 | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 29 | 71D79C9682AA689CB51FF049D3E49C9688D5BFB6 | Blacked | 04/06/2018 15:49:07 | 09/02/2017 | 09/15/2017 | PA0002052847 |
| 30 | 762449C64B6C5833DC12E5B7BB3DA3D2954BEB45 | Blacked | 05/16/2018 02:15:06 | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 31 | 823A7162BA082516F12631D88A05996DB8DA64A9 | Blacked | 07/22/2018 03:48:22 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 32 | 84D82A3233F73E28288117A6708C0F06532AE398 | Blacked | 06/10/2018 06:58:37 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 33 | 872A849502C2254D305F9ADE13F9905E74838C88 | Blacked | 08/27/2018 17:23:52 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 34 | 8A8DF88281CE0785D71C06AF8B975C595E038709 | Blacked | 10/12/2018 21:48:22 | 10/12/2018 | 10/28/2018 | PA0002130455 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 8C8AB336816360442399E882FD45D01724315BFE | Blacked | 06/18/2018 05:28:34 | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 36 | 96964CD2E4F8BAF8EE290DC33962B3A520BDA4E7 | Tushy | 04/03/2018 03:13:32 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 37 | A5DA523CE6546680FB93917F0A95AB56460A3877 | Blacked | 03/27/2018 22:12:50 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 38 | A94B6B7F8EA91FFB3C7E4B878BDD92F5C0D97069 | Tushy | 04/14/2018 17:14:24 | 03/02/2018 | 04/17/2018 | PA0002116728 |
| 39 | A9FA6BCB00C883739E7D72755145D97C30645E40 | Tushy | 06/22/2018 03:22:50 | 10/13/2017 | 10/19/2017 | PA0002058299 |
| 40 | AE38F5BECFDCCB6C6F3287C6A70A5664D0A965E0 | Blacked Raw | 08/24/2018 01:52:59 | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 41 | B2C23D9729A2336B1E117DE76AD3DADCC6F79B21 | Blacked | 05/01/2018 03:11:30 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 42 | CE3D211E16559B8356A1306181381D8A1E7F98F3 | Blacked | 06/06/2018 02:06:24 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 43 | D63FB06AF6B302DA4424F4FE9C18954ADA910F75 | Tushy | 06/21/2018 23:40:06 | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 44 | E3D7FA29C9F6754E16C7D1FEFDF33C64C064617B | Vixen | 05/29/2018 21:55:08 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 45 | E54618D0F31D450D08F63E9C3CA1FD302DB64881 | Blacked | 05/28/2018 19:16:22 | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 46 | E84FDBF0913E0C6E15B2F73D36F96D3027B82BE2 | Vixen | 05/23/2018 15:00:20 | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 47 | EA39AD116E1AD82A259908E827ABCC1AAF1D19D5 | Vixen | 07/21/2018 02:21:41 | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 48 | EF485D5F3AE56A95C100904DCBEFECAB1CAB8D8B | Blacked | 06/12/2018 01:29:24 | 10/07/2017 | 10/19/2017 | PA0002058300 |
| 49 | F94D293EABA667A2333C86C17E642EF4A656578E | Vixen | 09/25/2018 02:26:54 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 50 | FAEA8398C835E15B0A64F8D8AAC68B284D70300A | Blacked | 10/15/2018 02:13:40 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 51 | FCC6E64C53FFBAC958B981F6F6C66DECC1071B58 | Tushy | 04/17/2018 03:30:44 | 04/16/2018 | 06/18/2018 | PA0002126681 |