**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



---

STRIKE 3 HOLDINGS, LLC,

               Plaintiff,

v.

JOHN DOE subscriber assigned IP address 67.243.217.1,

               Defendant.

Civil Action No. 1:18-cv-11339-DLC

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4-1-2019

## PLAINTIFF'S NOTICE OF SETTLEMENT AND
## VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this

matter with John Doe, subscriber assigned IP address 67.243.217.1 ("Defendant"), through

Defendant's counsel, Robert Cashman, Esq.   Pursuant to the settlement agreement's terms,

Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.   Pursuant to

Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor

filed a motion for summary judgment.

~~Consistent herewith Plaintiff consents to the Court having its case closed for administrative~~ *C*

~~purposes.~~ *C*

Dated:  March 29, 2019

*the Clerk of Court shall
close the case.*

*[signature]*
*4/1/19*

Respectfully submitted,

By:    /s/ *Jacqueline M. James*
        Jacqueline M. James, Esq. (#1845)
        The James Law Firm, PLLC
        445 Hamilton Avenue, Suite 1102
        White Plains, New York 10601
        T: 914-358-6423
        F: 914-358-6424
        E-mail: jjames@jacquelinejameslaw.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and

interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.